FILED
OCT 23 2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT ANDERSON, JR., )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. ) | Civil Action No. 1:20-cv-02899 (UNA) |

## MEMORANDUM OPINION

This matter is before the court on its initial review of the plaintiff's *pro se* complaint, Dkt. 1, and application for leave to proceed *in forma pauperis*, Dkt. 2. The court will grant the *in forma pauperis* application and dismiss the case pursuant to Fed. R. Civ. P. 12(h)(3), which requires the court to dismiss an action "at any time" if it determines that the subject matter jurisdiction is wanting.

The plaintiff, a resident of Washington, D.C., has filed suit against the District of Columbia, alleging that the Superior Court of the District of Columbia and the District of Columbia Court of Appeals have violated his Eighth Amendment rights by subjecting him to "cruel and unusual punishment" because those courts have enjoined him from filing additional appeals in *United States v. Anderson*, No. 1988 FEL 007226 (D.C. Super Ct. Jan. 20, 2010) ("Appeal Affirmed and Furthered Ordered that the Clerk of the Court shall not accept any filings from appellant originating from 1988 FEL 7226"). Compl. at 2–4. He seeks injunctive relief and over $3 million in damages. *See id*. at 4.

This court lacks jurisdiction to review the determinations of the Superior Court or the D.C. Court of Appeals. *See Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied*,

513 U.S. 1150 (1995) (citing *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482 (1983).  Thus, the court will dismiss this case.

      A separate order accompanies this memorandum opinion.

                                                 */s/ Dabney L. Friedrich*

                                           DABNEY L. FRIEDRICH
                                           United States District Judge

DATE:  October 23, 2020